**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HEATH ANDREW MELVIN,

        Plaintiff,

v.                                    Case No:  6:13cv-1041-Orl-36KRS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER**

This cause is before the Court on the Report and Recommendation filed by Magistrate Judge Karla R. Spaulding on January 22, 2014 (Doc. 15).  Magistrate Judge Spaulding recommends granting the Commissioner's unopposed motion for entry of judgment, reversing the Commissioner's decision, and remanding this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  Neither party has objected to the Report and Recommendation and the time to do so has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Doc. 15) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2) The Unopposed Motion for Entry of Judgment with Remand (Doc. 14) is **GRANTED.**

3) The final decision of the Commissioner is **REVERSED.** This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

4) The Clerk is directed to terminate any pending motions, enter a judgment in favor of Plaintiff and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on February 10, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
U.S. Magistrate Judge Karla R. Spaulding